# SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

BROAD AND CASSEL, P.A. and
MICHAEL P. BENNETT, Individually.

**00-6108 CIV-ZLOCH**

TO: (Name and address of defendant)

Michael P. Bennett, Esquire
c/o Broad & Cassel, P.A.
201 South Biscayne Boulevard
Miami, Florida 33131

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Myles H. Malman, Esquire
Malman & Associates
12955 Biscayne Boulevard
Suite 202
North Miami, Florida 33181

**NIGHT BOX FILED**

**JAN 21 2000**

CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK

DATE