UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6108-CIV-ZLOCH

MAGISTRATE BARRY S. SELTZER

THE TERMINIX INTERNATIONAL COMPANY,
L.P. and TERMINIX INTERNATIONAL, INC.,

   Plaintiffs,

v.

BROAD AND CASSEL, P.A. and
MICHAEL P. BENNETT, Individually,

   Defendants.
_____/



## NOTICE OF APPEARANCE

The law firm of Mitrani, Rynor, Adamsky, Macaulay & Zorrilla, P.A., enters its appearance as counsel for Defendant Michael P. Bennett.

           MITRANI, RYNOR, ADAMSKY,
            MACAULAY & ZORRILLA, P.A.
           One Southeast Third Avenue
           2200 SunTrust International Center
           Miami, FL 33131
           Tel:  305/358-0050
           Fax:  305/358-0550

           By: _____
              Issac J. Mitrani
              Florida Bar No. 348538

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by mail this 28 day of January, 2000, to Myles H. Malman, Esq., Malman & Associates, 12955 Biscayne Boulevard, Suite 202, North Miami, FL 33181.

           _____
              Isaac J. Mitrani

broad/terminex/pldg/not appearance-bennett