# AFFIDAVIT OF SERVICE

Case No: 00-6108-CIV-ZLOCH

------- TO BE SERVED -------                    ------- COURT -------
MICHAEL P. BENNETT                              IN THE UNITED STATES DISTRICT COURT,
201 SOUTH BISCAYNE BOULEVARD                    IN AND FOR THE SOUTHERN DISTRICT OF
MIAMI, FLORIDA 33131                            FLORIDA


THE TERMINIX INTERNATIONAL COMPANY, L.P.        ------- WRIT -------
VS.                                             SUMMONS IN A CIVIL ACTION
BROAD AND CASSEL, P.A.


------- SERVED FOR -------                      ------- INFORMATION -------
MYLES H. MALMAN, ESQUIRE                        Court Date :
MALMAN & ASSOCIATES                             Court Time :
12955 BISCAYNE BOULEVARD                        Witness Fee$
SUITE 202                                       Doc. Type  : Original
NORTH MIAMI, FLORIDA 33181                      Atty File #:

I received this process 01/25/00 at 2:51 PM and it was served 01/26/00 at 3:01 PM in DADE COUNTY, FLORIDA.

                On: MICHAEL P. BENNETT
                At: 201 SOUTH BISCAYNE BOULEVARD
                    MIAMI, FLORIDA 33131


INDIVIDUAL SERVICE:

By delivering to the within named person a copy of this writ, the date and hour of service endorsed by me, and at the same time delivering to the within named person a copy of the complaint, petition or initial pleading as furnished by the plaintiff or petitioner.

OTHER RETURNS:


I acknowledge that I am a certified process server in the circuit in which the defendant was served. I acknowledge that I have no interest in the above action.

I hereby certify that I am not a party to the above        The foregoing instrument was acknowledged
action, am over 18 years of age, that the above affi-      before me this 31 day of January,
davit is true and correct, and that service was made       BY JOSE GARCELL,
in accordance with Rule 1.410(C) Florida R.C.P., and       who is personally known to me, or who has
Rule 45 Federal R.C.P., and Rule 4(C), 50 U.S.C., and      produced a _____ D/L _____ as identification
Section 500 Et. Seq.                                       and who DID take an oath.

_____                          _____
PROCESS SERVER: JOSE GARCELL (1172)                        NOTARY PUBLIC OR PUBLIC OFFICER
CAPLAN MARKOWITZ & KAYE    (305) 374-3426                  AND TITLE OR RANK / CCN
CPS Number: 743231

BRENDA TAYLOR
My Commission # CC 815829
Expires March 8, 2003
1-800-3NOTARY  Fla. Notary Service & Bonding Co

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

THE TERMINIX INTERNATIONAL COMPANY, L.P. and
TERMINIX INTERNATIONAL, INC.

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

BROAD AND CASSEL, P.A. and
MICHAEL P. BENNETT, Individually.

00-6108 CIV-ZLOCH

MAGISTRATE
SELTZER

TO: (Name and address of defendant)

Michael P. Bennett, Esquire
c/o Broad & Cassel, P.A.
201 South Biscayne Boulevard
Miami, Florida 33131

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Myles H. Malman, Esquire
Malman & Associates
12955 Biscayne Boulevard
Suite 202
North Miami, Florida 33181

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

CLERK                                              DATE

(BY) DEPUTY CLERK