UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6108-CIV-ZLOCH

MAGISTRATE BARRY S. SELTZER

THE TERMINIX INTERNATIONAL COMPANY,
L.P. and TERMINIX INTERNATIONAL, INC.,

    Plaintiffs,

v.

BROAD AND CASSEL, P.A. and
MICHAEL P. BENNETT, Individually,

    Defendants.
_____/

## NOTICE OF APPEARANCE

The law firm of Mitrani, Rynor, Adamsky, Macaulay & Zorrilla, P.A., enters its appearance as counsel for Defendant Broad and Cassel, P.A.

    MITRANI, RYNOR, ADAMSKY,
     MACAULAY & ZORRILLA, P.A.
    One Southeast Third Avenue
    2200 SunTrust International Center
    Miami, FL 33131
    Tel:   305/358-0050
    Fax:  305/358-0550

By: _____
    Issac J. Mitrani
    Florida Bar No. 348538

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by mail this ___ day of February, 2000, to Myles H. Malman, Esq., Malman & Associates, 12955 Biscayne Boulevard, Suite 202, North Miami, FL 33181.

_____
Isaac J. Mitrani

broad/terminex/pldg/not appearance-b&c