AO 440 (Rev 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

THE TERMINIX INTERNATIONAL COMPANY, L.P. and
TERMINIX INTERNATIONAL, INC.

**SUMMONS IN A CIVIL CASE**

V.

BROAD AND CASSEL, P.A. and
MICHAEL P. BENNETT, Individually.

CASE NUMBER:

00-6108 CIV-ZLOCH

MAGISTRATE
SELTZER

TO: (Name and address of defendant)

BROAD AND CASSEL, P.A.
c/o B&C Corporate Services of Central Florida, Inc.
390 North Orange Avenue
Suite 1100
Orlando, Florida 32801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Myles H. Malman, Esquire
Malman & Associates
12955 Biscayne Boulevard
Suite 202
North Miami, Florida 33181

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

CLERK                                    DATE

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___2/1/2000___          _____
                Date                    Signature of Server

                                        _____
                                        Address of Server

---

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 00-6108

Plaintiff:
**The Terminix International Company L.P. et al**

vs.

Defendant:
**Broad and Cassel, P.A. et al**

For:
Myles H. Malman

Received these papers on the 28th day of January, 2000 at 10:51 am to be served on **BROAD AND CASSEL P.A. 390 North Orange Ave., Suite 1100, Orlando, FL 32801**.

I, Sheila M. Huff, do hereby affirm that on the **1st day of February, 2000** at **9:40 am, I:**

**SERVED** the within named corporation by delivering a true copy of the **Summons and Complaint and Demand for Jury Trial** with the date and hour of service endorsed thereon by me to **Robert D. Gatton** as **Vice President** of the within named corporation.

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true and correct, that I am a **Sheriff's Appointed** process server in the county in which service was effected in accordance with Florida Statutes, and have no interest in the above action pursuant to F.S. 92.525(2).

_____
Sheila M. Huff
Orange County No. P00156

Our Job Serial Number: 2000001302
Ref. Number: 745226

Copyright © 1992-1999 Database Services, Inc. - Process Server's Toolbox V5.3j