IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6108 CIV-ZLOCH

THE TERMINIX INTERNATIONAL
COMPANY, L.P. and TERMINIX
INTERNATIONAL, INC.,

    Plaintiffs,

BROAD AND CASSEL, P.A. and
MICHAEL P. BENNETT, individually,

    Defendants.

_____/

## MOTION TO DISMISS COMPLAINT

The Defendants, Michael P. Bennett and Broad and Cassel, P.A., (hereinafter "Bennett" and "Broad," respectively), hereby move the Court to dismiss the complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and as grounds therefor state:

1.    The complaint fails to state a claim upon which relief can be granted.

2.    The complaint fails to adequately allege the required element of damage to Terminix proximately caused by Bennett's and Broad's alleged malpractice.

3.    The complaint fails to allege with the requisite particularity any facts and circumstances constituting fraud.

4.    The complaint fails to allege any conduct on the part of Bennett and Broad that would support an award of punitive damages.

CASE NO. 00-6108 CIV-ZLOCH

5.    Because Bennett and Broad have substantial defenses to Terminix's claims,

Terminix is not as a matter of law entitled to attorneys' fee pursuant to Florida Statutes

Section 57.105(1).

<div style="margin-left:40%">

Respectfully submitted,

MITRANI, RYNOR, ADAMSKY,
  MACAULAY & ZORRILLA, P.A.
2200 SunTrust International Center
One Southeast Third Avenue
Miami, Florida 33131
Tel.:   305/358-0050
Fax:   305/358-0550

By:_____
    ISAAC J. MITRANI
    Florida Bar No. 348538
    PAMELA A. CHAMBERLIN
    Florida Bar No. 444006
    Attorneys for Defendants
    Broad and Cassel, P.A. and
    Michael P. Bennett

</div>

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing was furnished  by mail this  15  day of

February, 2000, to Myles H. Malman, Esq., Malman & Associates,12955 Biscayne

Boulevard, Suite 202, N. Miami, FL 33181,  Attorneys for Plaintiffs, and Mary L. Wolff,

Esq., Wolff Ardis, P.C., 6055 Primacy Parkway., Suite 360, Memphis, TN 38119, Attorneys

for Plaintiffs.

<div style="margin-left:40%">

_____
    Isaac J. Mitrani

</div>

broad/terminix/pldg/motion dismiss

2