UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6108-CIV-ZLOCH

FILED by _____ D.C.

FEB 17 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA FT. LAUD.

THE TERMINIX INTERNATIONAL
COMPANY, L.P. and TERMINIX
INTERNATIONAL, INC.,

    Plaintiffs,

vs.                                    O R D E R

BROAD AND CASSEL, P.A. and
MICHAEL P. BENNETT, individually,

    Defendants.
_____/

    THIS MATTER is before the Court upon the Defendants, Michael B. Bennett and Broad and Cassel, P.A.'s, Motion To Dismiss Complaint, bearing file stamp of the Clerk of this Court dated February 16, 2000. The Court has carefully reviewed said Motion and after due consideration, it is

    **ORDERED AND ADJUDGED** that the Defendant's aforementioned Motion To Dismiss Complaint be and the same is hereby **DENIED** without prejudice for failure to comply with Rule 7.1(A)(4) of the Local Rules of the United States District Court for the Southern District of Florida.

    **IT IS FURTHER ORDERED AND ADJUDGED** <u>that Isaac J. Mitrani.</u>



<u>Esquire, counsel of record for the Defendants, immediately upon receipt of same, shall provide copies of this Order to all counsel of record in the above-styled cause</u>.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____19th_____ day of February, 2000.

_____
WILLIAM J. ZLOCH
United States District Judge

Copy furnished:

Isaac J. Mitrani, Esq.