UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

NIGHT BOX
FILED

APR 3 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

THE TERMINIX INTERNATIONAL
COMPANY., L.P. and TERMINIX
INTERNATIONAL, INC.,

    Plaintiffs,

vs.                              No. 00-6108-CIV-ZLOCH

BROAD AND CASSEL, P.A. and
MICHAEL P. BENNETT, Individually,

    Defendants.

## SCHEDULING REPORT

Pursuant to Local Rule 16.1, counsel for all parties to the above-captioned litigation met by telephone on March 31, 2000 for the purpose of holding a Scheduling Meeting and the preparation of a Scheduling Report and Joint Proposed Scheduling Order. In accordance with the provisions of Local Rule 16.1 the parties respectfully jointly submit the following Scheduling Report:

    1.    *Discovery Schedule.* The parties will complete written discovery and fact depositions within eight (8) months from the date of the entry of the Scheduling Order. Plaintiffs will serve their expert reports forty-five (45) days after completion of fact discovery. Defendants will serve their expert reports thirty (30) days after service of Plaintiffs' expert reports. Plaintiffs will serve

1

any rebuttal expert reports thirty (30) days after service of Defendants' expert reports. Expert depositions will be completed within thirty (30) days following the exchange of expert reports.

2. *Settlement.* The parties have been discussing settlement in good faith, and will continue to do so.

3. *Need for Rule Variations.* At this time, the Plaintiffs anticipate that the only variation from the standard provisions of the Federal Rules of Civil Procedure needed will be the allowance of more than six (6) hours for the deposition of Michael Bennett, the attorney primarily responsible for handling the litigation in the underlying action at issue herein. Defendants are unwilling to agree to any variation at this time. The parties expect to submit this matter via motion at the appropriate time.

4. *Detailed Discovery Schedule.* The parties will submit written discovery requests to parties and others identified by a party in its responses to discovery within the later to occur of (i) forty-five (45) days following the receipt of such information, or (ii) thirty (30) days from the date of the entry of the Scheduling Order. The parties will begin scheduling depositions in this matter within thirty (30) days after the receipt of documents agreed to be exchanged by the parties at the scheduling conference.

5. *Additional Parties.* Defendants are considering the possibility of adding an additional party and will make their final determination upon their review of

2

discovery. Any motion to add an additional party is subject to paragraph 6 of the scheduling report.

6. *Time for Joining Parties and Amending Pleadings.* All Motions to add parties or to amend pleadings are required to be made within sixty (60) days following the entry of the Scheduling Order.

7. *Time for Filing of Motions.* All pretrial motions shall be filed within forty-five (45) days following the close of expert discovery.

8. *Formulation and Simplification of Issues.* The parties will attempt to formulate and simplify the issues for trial in this matter through the submission of a joint proposed pretrial order to be submitted within thirty (30) days following the Court's disposition of pretrial motions.

9. *Use of Magistrate Judge or Master.* The parties agree that all discovery matters can be referred to the Magistrate Judge.

10. *Estimated Time of Trial.* The parties believe that the trial of this matter will take ten (10) days.

11. *Case Management Tracks.* The parties believe this matter would correctly qualify for assignment to the Standard Track for case management purposes.

12. *Requested Dates for Pretrial Conferences.* The parties are unable to suggest dates for pretrial conferences at this time and will be better able to do so as discovery progresses in this matter.

Read and consented to by counsel for the parties as of the 31st day of March, 2000.

DATED:   APRIL 3, 2000

Respectfully submitted,

MALMAN & ASSOCIATES
Attorneys for Plaintiffs
12955 Biscayne Boulevard
Suite 202
North Miami, Florida 33181
Tel. (305) 891-0066
Fax. (305) 891-1015

BY: _____
   Jonathan H. Rosenthal
   Florida Bar No. 126764

OF COUNSEL:

WOLFF ARDIS, P.C.
Attorneys for Plaintiffs
6055 Primacy Parkway
Memphis, Tennessee 38119
Tel. (901) 763-3336

BY: _____
   Mary L. Wolff

MITRANI, RYNOR, ADAMSKY,
MACAULAY & ZORILLA, P.A.
Attorneys for Defendants
2200 SunTrust International Center
One Southeast Third Avenue
Miami, Florida 33131
Tel. (305) 358-0050

BY: _____
   Isaac J. Mitrani
   Florida Bar No. 348538