UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6108-CIV-ZLOCH

MAGISTRATE BARRY S. SELTZER



THE TERMINIX INTERNATIONAL COMPANY,
L.P. and TERMINIX INTERNATIONAL, INC.,

    Plaintiffs,

v.

BROAD AND CASSEL, P.A. and
MICHAEL P. BENNETT, Individually,

    Defendants.
_____/

### NOTICE OF MEDIATION

TO:  Mary L. Wolff, Esq.          Myles H. Malman, Esq.,
     Wolff Ardis, P.C.             Malman & Associates, P.A.
     6055 Primacy Parkway      12955 Biscayne Boulevard
     Suite 360                   Suite 202
     Memphis, TN 38119         North Miami, FL 33181

YOU ARE HEREBY NOTIFIED that the mediation in the above-referenced matter is scheduled to take place on **Wednesday, August 2, 2000, at 10:00 a.m.,** at the law offices of Mitrani, Rynor, Adamsky, Macaulay & Zorrilla, P.A., 1 S.E. 3rd Avenue, Suite 2200, SunTrust International Center, Miami, Florida 331312, before Herb Stettin, Esq., Certified Mediator.

                               MITRANI, RYNOR, ADAMSKY,
                                MACAULAY & ZORRILLA, P.A.
                               One Southeast Third Avenue
                               2200 SunTrust International Center
                               Miami, FL 33131
                               Tel:  305/358-0050
                               Fax:  305/358-0550

                               By:_____
                                  Issac J. Mitrani
                                  Florida Bar No. 348538

CASE NO. 00-6108-CIV-ZLOCH

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by mail this ____ day of May, 2000, to the above-named addressees.

Isaac J. Mitrani

broad/terminix/pldg/notice - mediation