UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-6108-CIV-ZLOCH
Magistrate Judge Seltzer

THE TERMINIX INTERNATIONAL
COMPANY., L.P. and TERMINIX
INTERNATIONAL, INC.,

Plaintiffs,

vs.

BROAD AND CASSEL, P.A. and
MICHAEL P. BENNETT, Individually,

Defendants.

_____/



## NOTICE OF UNAVAILABILITY

Please take notice that undersigned counsel is unavailable from today's date and for approximately the next six to eight (6-8) weeks, due to the trial in *United States v. LaFontaine*, Case No. 98-CR-251 (MBM) before the Honorable Michael B. Mukasey of the United States District Court for the Southern District of New York.

Counsel respectfully requests that nothing be scheduled during this time frame which would require his presence, including trials, hearings, depositions, status conferences, or other discovery matters. Counsel will file an updated Status Report during the pendency of the *LaFontaine* trial once he has a more informed anticipated ending date of that trial.

Respectfully submitted,

Malman & Associates
12955 Biscayne Boulevard
Suite 202
North Miami, Florida 33181
Tel. (305) 891-0066
Fax. (305) 891-1015

BY: _____
Myles H. Malman
Florida Bar No. 0776084

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing was sent via facsimile and United States mail to Isaac J. Mitrani, Esquire, Mitrani, Rynor, Adamsky, Macaulay & Zorrilla, P.A., 2200 Suntrust International Center, One Southeast Third Avenue, Miami, Florida 33131 this $26$ day of May, 2000.

BY: _____
Myles H. Malman