M:\STETTIN\Mediations\Terminix.wpd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 00-6108-CIV-ZLOCH  *Huck*

THE TERMINIX INTERNATIONAL      )
COMPANY, L.P. and TERMINIX      )
INTERNATIONAL, INC.,            )
                                )
            Plaintiffs,         )
                                )
vs.                             )
                                )
BROAD AND CASSEL, P.A. and      )
MICHAEL P. BENNETT, individually, )
                                )
            Defendants.         )
_____ )

## REPORT OF MEDIATION IMPASSE

The undersigned served as Mediator at a mediation session held on August 2, 2000. The

parties reached an impasse in their negotiations.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by

United States mail this _____ day of August, 2000, to: MARY L. WOLFF, ESQUIRE - Wolff

Ardis, P.C., 6055 Primacy Parkway, Suite 360, Memphis, TN 38119-5776; and ISAAC J.

MITRANI, ESQUIRE - Mitrani, Rynor, Adamsky, Macaulay & Zorrilla, P.A., 2200 Suntrust

International Center, One Southeast Third Avenue, Miami, FL 33131.

Respectfully submitted.

HERBERT STETTIN, Mediator