UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

REASSIGNMENT OF CASES TO
MAGISTRATE JUDGE STEPHEN BROWN

### ORDER

Pursuant to Administrative Order 99-28, United States Magistrate Judge Barry

S. Seltzer certifies that no motions in the below listed cases have been referred to the

undersigned. Accordingly, it is hereby ORDERED that the following cases are reassigned

to Magistrate Judge Stephen Brown:

99-6035-Civ-Huck    Andrea Kayser, et al. v. Long Distance International, Inc.

99-6356-Civ-Huck    Maie Takahashi, etc. v. James Randi, et al.

99-6368-Civ-Huck    Aliseo A.G., et al. v. Aliseo, Inc., et al.

99-6776-Civ-Huck    William Keel v. Broward County, etc.

99-6777-Civ-Huck    Cheryl Ziffer v. Mead Johnson Company, etc.

99-7381-Civ-Huck    Amy Leavy v. United Parcel Service, Inc.

99-7590-Civ-Huck    MVP Properties, Inc. v. The Town of Davie, etc.

99-7619-Civ-Huck    Dr. Alan H. Kuczynski v. Provident Life and Accident Insurance
                    Company

99-7650-Civ-Huck    John Hancock Mutual Life Insurance Company v. Future First
                    Financial Group, Inc.

99-7676-Civ-Huck    Philip J. Snyder v. Premier Beverage Company, LLC., et al.

99-9072-Civ-Huck    Stephen Peritz v. Paine Webber, Inc., etc

00-1391-Civ-Huck    Burger King Corporation v. La-Van Hawkins Urban City Foods,
                    LLC, et al.

00-6101-Civ-Huck    Angola Shipping Ltd, Bahamas v. M/V "Sun Eclipse"

AUG 1 4 2000

Rec'd in MIA Dkt _____



| | |
|---|---|
| 00-6108-Civ-Huck | The Terminex International Company, L.P., et al. v. Broad and Cassel, P.A., et al. |
| 00-6171-Civ-Huck | Jose J. Delacruz v. United States Department of Labor, et al. |
| 00-6353-Civ-Huck | Berberth Jones v. Broward General Medical Center |
| 00-6542-Civ-Huck | Myrna Wasserman v. American Express Travel Related Services |
| 00-6722-Civ-Huck | MCIWorldCom, Inc., etc. v. International Telecom, Inc, etc. |
| 00-8249-Civ-Huck | CoFace v. Seymour Gillman, et al. |
| 00-6047-Cr-Huck | United States of America v. James Booker, et al. |
| 00-6181-Cr-Huck | United States of America v. Henry Harry McFlicker, et al. |

DONE AND ORDERED in Fort Lauderdale, Florida, this ⟨8⟩ day of August 2000.


BARRY S. SELTZER
United States Magistrate Judge


Copies to:

Honorable Paul C. Huck
United States District Judge

Magistrate Judge Stephen Brown

All counsel of record

2