UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 00-6108-CIV-HUCK-BROWN

THE TERMINIX INTERNATIONAL
COMPANY, L.P. and TERMINIX
INTERNATIONAL, INC.

    Plaintiffs,

vs.

BROAD AND CASSEL, P.A. and
MICHAEL P. BENNETT, Individually,

    Defendants.
_____/



FILED by ___ D.C.
AUG 1 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

## ORDER OF REFERENCE

PURSUANT to 28 U.S.C. § 636, the following is referred to United States Magistrate Judge Stephen T. Brown:

All matters relating to discovery.

It is the responsibility of the parties in this case to note on all materials necessary to the resolution of the referred matter the name of Magistrate Judge Brown in the case number caption (CASE NO.: __-____-CIV-HUCK-BROWN), and to direct a courtesy copy of all necessary materials to his chambers.

DONE AND ORDERED in chambers, Miami, Florida this 15th day of August, 2000.

Paul C. Huck
United States District Judge

cc:    Magistrate Judge Brown
        Attached Counsel of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 00-6108-CIV-HUCK-BROWN

Myles H. Malman, Esq.
Jonathan H. Rosenthal, Esq.
Malman & Associates
12955 Biscayne Boulevard
Suite 202
Miami, FL 33181
305-891-0066

Isaac Jaime Mitrani, Esq.
Mitrani Rynor Adamsky Macaulay & Zorrilla
SunTrust International Center
One Southeast Third Avenue, Suite 2200
Miami, FL 33131
305-358-9200

Mary L. Wolff, Esq.
Wolff Arid, P.C.
6055 Primacy Parkway, Suite 360
Memphis, Tennessee 38119