UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6108-CIV-~~ZLOCH~~ *HUCK*

THE TERMINIX INTERNATIONAL COMPANY,
L.P. and TERMINIX INTERNATIONAL, INC.,

    Plaintiffs,

vs.

BROAD AND CASSELL, P.A. and
MICHAEL P. BENNETT, Individually,

    Defendants.
_____/

**AFFIDAVIT OF SERVICE**

STATE OF FLORIDA  )
COUNTY OF BREVARD )SS

    BEFORE ME, this 26th day of April, 2000, personally appeared RICHARD E. OAKS, who, after being first duly sworn, deposes and says:

    This is to certify that I received the Subpoena Duces Tecum Without Deposition on April 14, 2000. This is to certify that I served same upon Kim Nicholas, Wife, for JAMES M. NICHOLAS, P.A., 1815 South Patrick Drive, Indian Harbour Beach, Florida 32937-4323, at 11:10 a.m., on April 25, 2000, making note of the date and time of service upon the face of the Subpoena. This is to certify that I am over the age of eighteen years and not a party to this action.

                                        _____
                                        Name

    Sworn to and subscribed before me this 26th day of April, 2000, by RICHARD E. OAKS, who is personally known to me.

                                        _____
                                        Notary Public

AUG 2 5 2000

Rec'd in MIA Dkt _____

NANCY M WINGO
Notary Public, State of Florida
My Comm. Expires June 19, 2000
No. CC 536568
Bonded Thru Official Notary Service
1-(800) 723-0121

ONE STOP PROCESS
Post Office Box 2142
Orlando, Florida 32802-2142

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6108-CIV-ZLOCH

MAGISTRATE BARRY S. SELTZER

THE TERMINIX INTERNATIONAL COMPANY,
L.P. and TERMINIX INTERNATIONAL, INC.,

    Plaintiffs,

v.

BROAD AND CASSEL, P.A. and
MICHAEL P. BENNETT, Individually,

    Defendants.
_____/

### SUBPOENA DUCES TECUM WITHOUT DEPOSITION

**TO:** James M. Nicholas, P.A.
1815 South Patrick Drive
Indian Harbor Beach, Florida 32937-4323

One Stop Process
Post Office Box 2142
Orlando, FL 32802-2142

**YOU ARE HEREBY COMMANDED** to appear at the law offices of Mitrani, Rynor Adamsky, Macaulay & Zorrilla, P.A., in Miami, Florida, on **May 15, 2000,** before close of business at **5:00 p.m.**, and to have with you at that time and place the documents requested on the attached Schedule A.

These items will be inspected and may be copied at that time. You will not be required to surrender the original items. You may comply with this subpoena by providing legible copies of the items to be produced to the attorney whose name appears on this subpoena on or before the scheduled date of production. You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation. **You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate your appearance at the time and place specified above.** You have the right to object to the production pursuant to this subpoena

689

CASE NO.: 99-12960 CA-5

at any time before production by giving written notice to the attorney whose name appears on this subpoena.

If you fail to:

(1) appear as specified; or

(2) furnish the records instead of appearance as provided above; or

(3) object to this subpoena,

you may be in contempt of Court. You are subpoenaed to appear by the attorney whose name appears on this subpoena and unless excused from this subpoena by these attorneys or the Court, you shall respond to this subpoena as directed.

DATED _____ APRIL 12 _____, 2000.

                                              Respectfully submitted,

                                              MITRANI, RYNOR, ADAMSKY,
                                               MACAULAY & ZORRILLA, P.A.
                                             One Southeast Third Avenue
                                             2200 SunTrust International Center
                                             Miami, FL  33131
                                             Tel:   305/358-0050
                                             Fax:  305/358-0550

                                             By: _____
                                                 Issac J. Mitrani
                                                 Florida Bar No.  348538

CASE NO.: 99-12960 CA-5

## SCHEDULE A

### DEFINITIONS

a    The words "you," "yours" and/or "yourselves" mean James M. Nicholas, P.A. and James M. Nicholas, Esq. and any directors, officers, employees, agents, representatives or other persons acting, or purporting to act, on behalf of James M. Nicholas, P.A. or James M. Nicholas Esq.

b    The word "Terminix" means Terminix International Company, L.P. or Terminix International, Inc. and any directors, officers, employees, agents, representatives or other persons acting, or purporting to act, on behalf of Terminix International Company, L.P. or Terminix International, Inc.

c    The singular shall include the plural and vice versa; the terms "and" or "or" shall be both conjunctive and disjunctive; and the term "including" mean "including without limitation."

d    "Date" shall mean the exact date, month and year, if ascertainable or, if not, the best approximation of the date (based upon relationship with other events).

e    The word "document" shall mean any writing, recording or photograph in your actual or constructive possession, custody, care or control, which pertain directly or indirectly, in whole or in part, either to any of the subjects listed below or to any other matter relevant to the issues in this action, or which are themselves listed below as specific documents, including, but not limited to: correspondence, memoranda, notes, messages, diaries, minutes, books, reports, charts, ledgers, invoices, computer printouts, microfilms, video tapes or tape recordings.

CASE NO.: 99-12960 CA-5

 f "Agent" shall mean: any agent, employee, officer, director, attorney, independent contractor or any other person acting at the direction of or on behalf of another.

 g "Person" shall mean any individual, corporation, proprietorship, partnership, trust, association or any other entity.

 h The words "pertain to" or "pertaining to" mean: relates to, refers to, contains, concerns, describes, embodies, mentions, constitutes, constituting, supports, corroborates, demonstrates, proves, evidences, shows, refutes, disputes, rebuts, controverts or contradicts.

 i The term "third party" or "third parties" refers to individuals or entities that are not a party to this action.

 j The term "action" shall mean the above-captioned action pending in the Unites States District Court for the Southern District of Florida.

 k The word "identify", when used in reference to a document, means and includes the name and address of the custodian of the document, the location of the document, and a general description of the document, including (1) the type of document (i.e., correspondence, memorandum, facsimile etc.); (2) the general subject matter of the document; (3) the date of the document; (4) the author of the document; (5) the addressee of the document; and (6) the relationship of the author and addressee to each other.

## INSTRUCTIONS

If you object to fully identifying a document or oral communication because of a privilege, you must nevertheless provide the following information pursuant to rule

CASE NO.: 99-12960 CA-5

26.1.G.6.(b) of the Local Rules of the Southern District of Florida, unless divulging the information would disclose the privileged information:

1. the nature of the privilege claimed (including work product);

2. if the privilege is being asserted in connection with a claim or defense governed by state law, the state privilege rule being invoked;

3. the date of the document or oral communication;

4. if a document: its type (correspondence, memorandum, facsimile etc.), custodian, location, and such other information sufficient to identify the document for a subpoena duces tecum or a document request, including where appropriate the author, the addressee, and, if not apparent, the relationship between the author and addressee;

5. if an oral communication: the place where it was made, the names of the persons present while it was made, and, if not apparent, the relationship of the persons present to the declarant; and

6. the general subject matter of the document or oral communication.

You are under a continuous obligation to supplement your answers to these interrogatories under the circumstances specified in rule 26(e) of the Federal Rules of Civil Procedure.

All documents shall be produced at the offices of the undersigned within 30 days of the date of service of this request, absent prior agreement of the parties.

## DOCUMENTS TO BE PRODUCED

1. All documents prepared, received, obtained, maintained, or used by you or your agents in connection with the litigation, trial preparation, negotiation or settlement of the suits entitled <u>San Pedro v. Terminix</u>, Case no. 92-30589 (17th Jud. Cir., Broward

CASE NO.: 99-12960 CA-5

County, Fla.) and San Pedro v. Terminix, Case No. 95-8204-CIV (S.D. Fla.).

2. All documents relating to your evaluation or determination of a reasonable settlement amount for the San Pedros' claims in the aforementioned lawsuits.

3. All documents reflecting legal fees and expenses incurred and/or billed by you in connection with the aforementioned lawsuits filed by the San Pedros.

4. Copies of any settlement agreements or releases entered into between Terminix and any persons relating to the settlement or compromise of any claims or lawsuits by such persons based on Terminix's alleged breach or negligent performance of any residential contract substantially similar to that on which the San Pedros' claims in the aforementioned lawsuits were based, which settlement agreements or releases were entered into during the past 5 years.

5. All documents relating to the investigation of Terminix by the State of Florida that resulted a settlement between Terminix and the State in or about May 1997.

6. All transcripts of hearings conducted by the State of Florida in connection with its investigation of Terminix that resulted in a settlement in or about May 1997.

7. All documents relating to the settlement between Terminix and the State of Florida in or about May 1997.

8. All documents relating to any investigations of or claims against Terminix by any state or local government agencies outside of Florida for any alleged deceptive consumer practices during the past ten years.

9. All documents that you or Terminix produced to or made available for inspection by the plaintiffs in the case of <u>San Pedro v. Terminix</u>, Case no. 95-8204-CIV-Gonzalez, whether in response to discovery requests, in compliance with court orders, or

-7-

CASE NO.: 99-12960 CA-5

by agreement of the parties.

F:\wpdocs\BROAD\Terminix\Pleadings\duces tecum nicholas.wpd