IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6108 CIV-~~ZLOCH~~

*Huck*

THE TERMINIX INTERNATIONAL
COMPANY, L.P. and TERMINIX
INTERNATIONAL, INC.,

      Plaintiffs,

vs.

BROAD AND CASSEL, P.A. and
MICHAEL P. BENNETT,
individually,

      Defendants.

_____/



## NOTICE OF SERVICE OF PROPOSAL FOR SETTLEMENT

Notice is hereby given that Plaintiffs, THE TERMINIX
INTERNATIONAL COMPANY, L.P. and TERMINIX INTERNATIONAL, INC.,
pursuant to §768.79, <u>Fla. Stat.</u>, hereby serve upon Defendants,
BROAD AND CASSELL, P.A. and MICHAEL P. BENNETT, individually, a
Proposal For Settlement.

    I HEREBY CERTIFY that a true copy of the foregoing has been
furnished by mail this 28th day of September, 2000 to; Isaac J.
Mitrani, Esq., 2200 SunTrust International Center, One Southeast
Third Avenue, Miami, FL 33131.

                             _____

                             DAVID B. MOFFETT
                             Florida Bar No. 336750
                             Rissman, Weisberg, Barrett,
                             Hurt, Donahue & McLain, P.A.
                             201 E. Pine Street, 15th Floor
                             Orlando, FL 32801
                             407/839-0120
                             Attorneys For Plaintiffs

DBM/nw

NON-COMPLIANCE OF S.D. Fla. L.R.

30