IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6108 CIV-HUCK

THE TERMINIX INTERNATIONAL
COMPANY, L.P. and TERMINIX
INTERNATIONAL, INC.,

    Plaintiffs,

vs.

BROAD AND CASSEL, P.A. and
MICHAEL P. BENNETT,

    Defendants.
_____/



FILED by C R D.C.

OCT 1 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

### ORDER OF SUBSTITUTION OF COUNSEL

THIS MATTER having come before the Honorable Paul C. Huck upon Plaintiffs' Stipulation For Substitution of Counsel, and the Court having been fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. That Plaintiffs' Order of Substitution of Counsel is granted.

2. David B. Moffett and the law firm of Rissman, Weisberg, Barrett, Hurt, Donahue & McLain, P.A. are hereby substituted as counsel of record for Plaintiffs.

DONE and ORDERED in Chambers at Miami, Southern District of Florida, this _____ day of October, 2000.

                                          Paul C. Huck
                                          District Court Judge

cc: Counsel of record

OCT 1 6 2000

Rec'd in M.I. Dkt _____

