IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6108 CIV-HUCK

THE TERMINIX INTERNATIONAL
COMPANY, L.P. and TERMINIX
INTERNATIONAL, INC.,

    Plaintiffs,

vs.

BROAD AND CASSEL, P.A. and
MICHAEL P. BENNETT,

    Defendants.
_____/



**ORDER GRANTING PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

THIS MATTER came before the Court on motion by The Terminix International Company, L.P. and Terminix International, Inc. (hereinafter "Terminix"), pursuant to Rule 6(b), Federal Rules of Civil Procedure, requesting an enlargement of time up to and including October 31, 2000, in which to serve its response in opposition to Defendants' Motion for Summary Judgment. This Court has considered Terminix's Motion and, it is hereby,

ORDERED AND ADJUDGED that Terminix's Motion for Enlargement of Time to serve a response to Defendants' Motion for Summary Judgment is hereby granted. Terminix shall have until October 31, 2000 in which to serve its response in opposition to Defendants' Motion for Summary Judgment.

OCT 16 2000

Rec'd in Misc. Dkt _____

DONE AND ORDERED in chambers in Miami, Dade County, Florida this /1ᵗᶜ day of October, 2000.

_____
Paul C. Huck
U.S. District Court Judge

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by mail this ____ day of _____, 2000 to: Isaac J. Mitrani, Esq., 2200 SunTrust International Center, One Southeast Third Avenue, Miami, FL 33131 and to David B. Moffett, Esq., P. O. Box 4940, Orlando FL 32802-4940.

_____
Judicial Assistant