IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6108 CIV-HUCK

THE TERMINIX INTERNATIONAL
COMPANY, L.P. and TERMINIX
INTERNATIONAL, INC.,

    Plaintiffs,

vs.

BROAD AND CASSEL, P.A. and
MICHAEL P. BENNETT,

    Defendants.
_____/



FILED by _CR_ D.C.

OCT 3 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

## ORDER GRANTING PLAINTIFFS' SECOND MOTION FOR ENLARGEMENT OF TIME

THIS MATTER came before the Court upon Plaintiffs', THE TERMINIX INTERNATIONAL COMPANY, L.P. and TERMINIX INTERNATIONAL, INC., Second Motion For Enlargement of Time to Respond to Defendants' Motion for Summary Judgment, and the Court having been fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. Plaintiffs' Second Motion For Enlargement of Time to Respond to Defendants' Motion For Summary Judgment is **GRANTED**.

2. Plaintiffs shall have up to and including November 21, 2000 to file a response to Defendants' Motion For Summary Judgment.

DONE and ORDERED in Chambers at Miami, Southern District of Florida, this 31st day of October, 2000.

                                            Paul C. Huck
                                            District Judge