IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6108 CIV-HUCK

THE TERMINIX INTERNATIONAL
COMPANY, L.P. and TERMINIX
INTERNATIONAL, INC.,

    Plaintiffs,

vs.

BROAD AND CASSEL, P.A. and
MICHAEL P. BENNETT,

    Defendants.
_____/



### SECOND MOTION FOR ENLARGEMENT OF TIME
### TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs, The Terminix International Company, L.P. and Terminix International, Inc. ("Terminix"), pursuant to Rule 6(b), Federal Rules of Civil Procedure, request an additional enlargement of time, up to and including November 21, 2000, to respond to Defendants' Motion for Summary Judgment. In support, Terminix states:

1. On October 3, 2000, Plaintiff served a Notice of Substitution of Counsel, substituting the undersigned as counsel for Terminix.

2. Defendants' Motion for Summary Judgment was received by undersigned counsel on October 3, 2000. The following day, the Appendix to the Motion was received October 4, 2000.

3. Due to undersigned counsel's recent appearance and previously scheduled family vacation, on October 5, 2000, Plaintiff moved for an enlargement of time, up to and including October 31, 2000, to respond to Defendants' Motion for Summary Judgment. By

Order dated October 11, 2000, this Court granted Plaintiff's motion for enlargement of time, giving Terminix until October 31, 2000 in which to serve its response in opposition to Defendants' Motion For Summary Judgment.

4. Undersigned counsel was overly optimistic when he indicated that a response could be served by October 31, 2000. Plaintiffs' counsel did not anticipate that he would return from a scheduled week's vacation only to fall ill for four or five days which he had planned to devote to reviewing the file and conducting related legal research.

5. Undersigned counsel now has a better understanding of the scope of the review process and it will require more time than anticipated to review the pleadings, discovery papers and correspondence in the underlying litigation - the <u>San Pedro</u> case. In addition, undersigned counsel must review and analyze the pleadings, motion papers and discovery which have already taken place in this pending litigation.

6. Plaintiffs reasonably believe that an additional enlargement of time, up to and including November 21, 2000, will be necessary for Plaintiffs' counsel to adequately review this file and prepare an appropriate response in opposition to Defendants' Motion For Summary Judgment.

7. Undersigned counsel has conferred with counsel for Defendants, Mr. Isaac Mitrani, and is authorized to represent to the Court that Defendants do not oppose Plaintiffs' Second Motion For Enlargement of Time, up to and including November 21, 2000.

8.  Defendants would not be unfairly prejudiced by Terminix's requested enlargement of time.  However, Terminix would be unfairly prejudiced if this motion were not granted.

WHEREFORE, Terminix requests an enlargement of time up to Tuesday, November 21, 2000 to prepare and serve its response in opposition to Defendants' Motion for Summary Judgment.

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by mail this 26th day of October, 2000 to; Isaac J. Mitrani, Esq., 2200 SunTrust International Center, One Southeast Third Avenue, Miami, FL  33131.

_____
DAVID B. MOFFETT
Florida Bar No. 336750
Rissman, Weisberg, Barrett,
Hurt, Donahue & McLain, P.A.
201 E. Pine Street, 15th Floor
Orlando, FL  32801
407/839-0120
Attorneys For Plaintiffs

DBM/nw