IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6108 CIV-HUCK

THE TERMINIX INTERNATIONAL
COMPANY, L.P. and TERMINIX
INTERNATIONAL, INC.,

    Plaintiffs,

vs.

BROAD AND CASSEL, P.A. and
MICHAEL P. BENNETT,

    Defendants.
_____/



### THIRD MOTION FOR ENLARGEMENT OF TIME
### PENDING SETTLEMENT

Plaintiffs, THE TERMINIX INTERNATIONAL COMPANY, L.P. and TERMINIX INTERNATIONAL, INC. ("TERMINIX"), pursuant to Rule 6(b), Federal Rules of Civil Procedure, request an additional enlargement of time to respond to Defendants' Motion For Summary Judgment. In support, TERMINIX states:

1. The parties have reached complete settlement of this matter. Settlement documents are in the process of being exchanged and executed. TERMINIX anticipates that after settlement documents are exchanged, a Notice of Voluntary Dismissal, With Prejudice will be filed with the Court. TERMINIX anticipates that the Notice of Voluntary Dismissal will be filed within three weeks.

2. By Order dated October 31, 2000, Plaintiffs have until November 21, 2000 to respond to Defendants' Motion For Summary Judgment. Due to the pending settlement of this case and pending voluntary dismissal, with prejudice, it would promote judicial

economy to grant Plaintiffs an enlargement of time to avoid the unnecessary preparation and filing of a legal memorandum in opposition to Defendants' Motion For Summary Judgment.

3. Undersigned counsel has conferred with counsel for Defendants, Mr. Isaac Mitrani, as authorized to represent to the Court that Defendants do not oppose Plaintiffs' Third Motion For Enlargement of Time.

WHEREFORE, TERMINIX requests an enlargement of time up to Friday, December 15, 2000 to serve its Notice of Voluntary Dismissal With Prejudice.

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by mail this 13th day of November, 2000 to: Isaac J. Mitrani, Esq., 2200 SunTrust International Center, One Southeast Third Avenue, Miami, FL 33131.

DAVID B. MOFFETT
Florida Bar No. 336750
Rissman, Weisberg, Barrett,
Hurt, Donahue & McLain, P.A.
201 E. Pine Street, 15th Floor
Orlando, FL 32801
407/839-0120
Attorneys For Plaintiffs

DBM/nw