UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6108-CIV-HUCK-BROWN

THE TERMINIX INTERNATIONAL
COMPANY, L.P. and TERMINIX
INTERNATIONAL, INC.

    Plaintiffs,

vs.

BROAD AND CASSEL, P.A. and
MICHAEL P. BENNETT, Individually,

    Defendants.
_____/



## ORDER ON PLAINTIFFS' THIRD MOTION FOR ENLARGEMENT OF TIME

THIS CAUSE came before the Court upon Plaintiffs' Third Motion for Enlargement of Time Pending Settlement, filed November 16, 2000. Upon consideration of the Motion, and the pertinent portions of the record, it is

ORDERED AND ADJUDGED that Plaintiffs' Third Motion for Enlargement of Time Pending Settlement is GRANTED.

ORDERED this 17th day of November, 2000.

Paul C. Huck
United States District Judge

Copies furnished to:
Myles H. Malman, Esq.
Isaac Jaime Mitrani, Esq.
Mary L. Wolff, Esq.

