UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-6108-CIV-HUCK

MAGISTRATE STEPHEN BROWN

**CLOSED CIVIL CASE**

THE TERMINIX INTERNATIONAL COMPANY,
L.P. and TERMINIX INTERNATIONAL, INC.,

    Plaintiffs,

v.

BROAD AND CASSEL, P.A. and
MICHAEL P. BENNETT, individually,

    Defendants.
_____/



FILED by _____ D.C.

JAN 0 3 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

It is hereby stipulated by and between the parties, that this matter may be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

RISSMAN, WEISBERG, BARRETT,
 HURT, DONAHUE & MCLAIN, P.A.
201 E. Pine Street
15th Floor
Orlando, FL 32801
Tel.: 407/839-0120
Fax: 407/841-9726

By: _____
   David B. Moffett
   Florida Bar No. 336750
   Attorneys for Plaintiffs

MITRANI, RYNOR, ADAMSKY,
 MACAULAY & ZORRILLA, P.A.
One Southeast Third Avenue
2200 SunTrust International Center
Miami, FL 33131
Tel: 305/358-0050
Fax: 305/358-0550

By: _____
   Isaac J. Mitrani
   Florida Bar No. 348538
   Attorneys for Defendants

CASE NO. 00-6108-CIV-HUCK

## ORDER OF DISMISSAL

THIS MATTER came before the Court on the above Stipulation for Dismissal of the parties, and the Court having reviewed the file and being otherwise advised in the premises, it is hereby

ORDERED AND ADJUDGED that this matter is dismissed with prejudice, with each party to bear its own costs and attorneys' fees. *All pending motions are denied as moot. Case is closed.*

DONE AND ORDERED at Miami-Dade County, Florida, this 2nd day of January, 2000.

_____
U.S. DISTRICT COURT JUDGE

Copies furnished to:
David B. Moffett, Esq.
Isaac J. Mitrani, Esq.
broad/terminix/pldg/stip for dis-order